THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 SEB, a South
 Carolina Limited Partnership, Appellant,
 v.
 Thomas Daniels, Respondent.
 
 
 

Appeal From Charleston County
 Mikell R. Scarborough, Master-in-Equity
Unpublished Opinion No. 2010-UP-209
Submitted March 1, 2010  Filed March 15,
 2010    
AFFIRMED

 
 
 
 Benjamin Goldberg, of Charleston, for Appellant.
 David K. Haller, of Charleston, for Respondent.
 
 
 

PER CURIAM:  SEB, a South Carolina Limited
 Partnership, appeals the master-in-equity's dismissal of its complaint with
 prejudice.  SEB argues the master-in-equity erred in finding its action was
 barred by the statute of limitations because genuine issues of material fact existed
 regarding the validity of a tax sale of property formerly owned by SEB.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: S.C. Code Ann. §
 12-51-160 (Supp. 2009) ("An action for the recovery of land sold pursuant
 to this chapter or for the recovery of the possession must not be maintained
 unless brought within two years from the date of sale as provided in Section
 12-51-90(C).").
AFFIRMED.
HUFF, THOMAS, and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.